Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−18517−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony D. Hoffman
   329 Hillcrest Lane
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−6618

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      2/28/19
Time:      02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
fee: $4079.00

EXPENSES
expenses: $54.17

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.


Dated: January 17, 2019
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18517-ABA
Anthony D. Hoffman                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jan 17, 2019
                       Form ID: 137    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.
```
db         +Anthony D. Hoffman,    329 Hillcrest Lane,    Blackwood, NJ 08012-3745
cr         +Chun O. Brown,    76 Arrowhead Road,    Burlington, NJ 08016-3945
cr         +Earnstine Brown,    76 Arrowhead Drive,    Burlington, NJ 08016-3945
cr         +William Brown,    76 Arrowhead Dr,    Burlington, NJ 08016-3945
cr         +Willie D. Brown,    76 Arrowhead Road,    Burlington, NJ 08016-3945
516790126  +ABS Design and Construction,    c/o Hugh E. Lucariello, Esq.,    297 Route 72 West,
             Suite 35, PMB 195,    Manahawkin, NJ 08050-2840
516790127   American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
516850846  +American Express,    c/o Sklar-Markind,    102 Browning Ln,    Cherry Hill, NJ 08003-3195
516949397   American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516850842  +Barbara Hoffman,    329 Hillcrest Lane,    Blackwood, NJ 08012-3745
516910856   CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
516790128  +CitiMortgage, Inc.,    PO BOX 790005,    Saint Louis, MO 63179-0005
516790129  +Earnistine Brown,    78 Arrowhead Lane,    Burlington, NJ 08016-3945
516850845  +Engineering Design Assoc. PA,    c/o Freeman & Mintz PA,    34 Tanner Street,
             Haddonfield, NJ 08033-2475
517435748  +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    KML Law Group, P.C.,
             216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516790130   Michael and Charlita Brown,    Garland Lane,    Willingboro, NJ 08046
516850844   National Capital Management,    c/o Eisenberg, Rothweiler, Winkler Eise,    1930 Rt 70 E Q-42,
             Cherry Hill, NJ 08003
516790131  +Nationstar/US Bank National Association,    c/o Sandelands Eyet LLP,    1545 US-206 #304,
             Bedminster, NJ 07921-2560
516790132  +Nationstar/US Bank National Association,    c/o KML Law Group P.C.,
             216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516950821  +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516790134   PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
516790133  +Petro,    c/o Fred D. Garodnick PA,    400 Route 10,    Randolph, NJ 07869-2104
516850843  +Sovereign Bank NA,    7 Plymouth Court,    Bordentown, NJ 08505-3124
516962583  +U.S. Bank National Association,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
             PO BOX 619096,    Dallas, TX 75261-9096
516790135  +USAA Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009
516790136  +Vincent Bleach,    14 Hackemore Street,    Burlington, NJ 08016-3056
516790137  +William Brown,    Willie and Chun Brown,    78 Arrowhead Lane,    Burlington, NJ 08016-3945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2019 00:10:50     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2019 00:10:47      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516886665   E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2019 00:10:42
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516798157  +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517001551  +E-mail/Text: bncmail@w-legal.com Jan 18 2019 00:11:02      USAA SAVINGS BANK,
             C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516915017*      CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
app           ##+Wendy Kates,    420 Valley Run Drive,    Cherry Hill, NJ 08002-2406
                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                    Page 2 of 2                    Date Rcvd: Jan 17, 2019
                               Form ID: 137                   Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Anthony  Sodono, III    on behalf of Mediator Anthony  Sodono, III asodono@msbnj.com
              Brian  Swope    on behalf of Defendant Anthony D. Hoffman swope@comcast.net
              Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington
               Trust Company, as Trustee, successor in interest to dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Defendant Anthony D. Hoffman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wilmington Trust Company bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington
               Trust Company, as Trustee, successor in interest to rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```