UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Anthony Hoffman,

| | |
|---|---|
| Case No.: | 17-18517 |
| Chapter: | 13 |
| Hearing Date: | 05/01/2017; 08/23/2017; 11/08/2017; 02/28/2018; 04/25/2018; 05/01/2018; 06/13/2018 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: February 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ \_\_4,079.00\_\_\_ for services rendered and expenses in the amount of $\_\_\_54.17\_\_\_ for a total of $\_\_4,133.17\_\_ . The allowance is payable:

   X\_\_ through the Chapter 13 plan as an administrative priority.
   \_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_335.00_____ per month for \_\_\_\_31\_\_\_\_\_ months to allow for payment of the above fee.