UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**

Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Anthony Hoffman,

| | |
|---|---|
| Case No.: | 17-18517 |
| Chapter: | 13 |
| Hearing Date: | 05/01/2017;<br>08/23/2017;<br>11/08/2017;<br>02/28/2018;<br>04/25/2018;<br>05/01/2018;<br>06/13/2018 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby
**ORDERED.**

**DATED: February 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jenkins & Clayman _____ _____, the applicant, is allowed a fee of $ __4,079.00___ for services rendered and expenses in the amount of $ ___54.17___ for a total of $__4,133.17__ .  The allowance is payable:

    X__ through the Chapter 13 plan as an administrative priority.

    ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $__335.00_____ per month for _____31_____ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-18517-ABA
Anthony D. Hoffman                                                          Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db              +Anthony D. Hoffman,    329 Hillcrest Lane,    Blackwood, NJ 08012-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
          Anthony  Sodono, III    on behalf of Mediator Anthony  Sodono, III asodono@msbnj.com
          Brian  Swope    on behalf of Defendant Anthony D. Hoffman swope@comcast.net
          Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
          SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington
          Trust Company, as Trustee, successor in interest to dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Defendant Anthony D. Hoffman jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          Eric  Clayman    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
          in interest to Wilmington Trust Company bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
          SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington
          Trust Company, as Trustee, successor in interest to rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 12