Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-18517 (ABA)**

Anthony D. Hoffman  
329 Hillcrest Lane  
Blackwood, NJ  08012

Monthly Payment: $335.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2019 | $187.00 | 01/18/2019 | $374.00 | 02/14/2019 | $187.00 | 03/18/2019 | $335.00 |
| 04/16/2019 | $335.00 | 06/20/2019 | $818.00 | 07/17/2019 | $335.00 | 08/15/2019 | $335.00 |
| 09/16/2019 | $335.00 | 10/21/2019 | $335.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANTHONY D. HOFFMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,326.00 | $3,228.60 | $97.40 | $680.77 |
| 0 | JENKINS & CLAYMAN | 13 | $4,133.17 | $2,603.34 | $1,529.83 | $2,603.34 |
| 1 | ABS DESIGN AND CONSTRUCTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 24 | $4,875.00 | $0.00 | $4,875.00 | $0.00 |
| 3 | CENLAR, FSB | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | EARNISTINE BROWN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MICHAEL AND CHARLITA BROWN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PETRO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | VINCENT BLEACH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WILLIAM BROWN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | AMERICAN EXPRESS | 33 | $13,983.74 | $0.00 | $0.00 | $0.00 |
| 17 | BARBARA HOFFMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ENGINEERING DESIGN ASSOC. PA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | USAA FEDERAL SAVINGS BANK | 33 | $4,986.48 | $0.00 | $0.00 | $0.00 |
| 20 | SOVEREIGN BANK NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $843.00 | $0.00 | $0.00 | $0.00 |
| 22 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 05/01/2017 | 12.00 | $0.00 |
| 05/01/2018 | Paid to Date | $1,830.00 |
| 06/01/2018 | 8.00 | $187.00 |
| 02/01/2019 | 31.00 | $335.00 |
| 09/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,576.00 |
| Total paid to creditors this period: | $3,284.11 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,005.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**