**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Camden)**

| | |
|---|---|
| IN RE: | Case No.: 17-18517 |
| Debtors: Anthony D. Hoffman | Loan Number (Last 4): 9622 |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 | Cenlar, FSB |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| PO Box 65250 | Court Claim # (if known): 2 |
| Salt Lake City, UT 84165 | Amount of Claim: $95,494.13 |
| | Date Claim Filed: 06/29/2017 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 3204 |
| Last Four Digits of Acct #: 9622 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 9622

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Shelley                Date: 05/21/2020
    InfoEx, LLC, as authorized filing agent
    (Approved by: Callie Nelson)

Specific Contact Information:
Callie Nelson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

489447-3569ca18-2241-485f-a720-9edaa950792b