| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | **Order Filed on May 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Anthony Hoffman<br>Debtor | Case No.: 17-18517<br><br>Adv. No.:<br><br>Hearing Date: April 28, 2020<br><br>Judge: Honorable Andrew B. Altenburg, Jr. |

# ORDER RESOLVING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 29, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the Court upon the motion of Jenkins & Clayman, attorneys for the Debtor and a letter in opposition to the motion having been filed by Isabel C. Balboa, the Chapter 13 Trustee, and for good cause having been shown, it is

**ORDERED** and **ADJUDGED** that:

1. Debtor's motion to suspend Trustee payments is granted through and including the September 2020 installments.

2. The Debtor's case shall continue at $7,681 paid to date then $586 a month for 10 remaining months to commence October 1, 2020 or, in the alternative, the Debtor shall file a modified Chapter 13 plan no later than September 30, 2020.