| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | **Order Filed on May 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Anthony Hoffman<br>Debtor | Case No.: 17-18517<br><br>Adv. No.:<br><br>Hearing Date: April 28, 2020<br><br>Judge:  Honorable Andrew B. Altenburg, Jr. |

**ORDER RESOLVING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS**

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 29, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the Court upon the motion of Jenkins & Clayman, attorneys for the Debtor and a letter in opposition to the motion having been filed by Isabel C. Balboa, the Chapter 13 Trustee, and for good cause having been shown, it is

**ORDERED** and **ADJUDGED** that:

1. Debtor's motion to suspend Trustee payments is granted through and including the September 2020 installments.

2. The Debtor's case shall continue at $7,681 paid to date then $586 a month for 10 remaining months to commence October 1, 2020 or, in the alternative, the Debtor shall file a modified Chapter 13 plan no later than September 30, 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony D. Hoffman  
    Debtor

Case No. 17-18517-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 29, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.  
db          +Anthony D. Hoffman,   329 Hillcrest Lane,   Blackwood, NJ 08012-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:

       Anthony  Sodono, III    on behalf of Mediator Anthony  Sodono, III asodono@msbnj.com  
       Brian  Swope    on behalf of Defendant Anthony D. Hoffman swope@comcast.net  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for  
        Towd Point Master Funding Trust 2020-PM3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,  
        SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington  
        Trust Company, as Trustee, successor in interest to dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Eric  Clayman    on behalf of Defendant Anthony D. Hoffman jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       Eric  Clayman    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
        summarymail@standingtrustee.com  
       Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Jeffrey E. Jenkins    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor  
        in interest to Wilmington Trust Company bkyefile@rasflaw.com  
       Maria  Cozzini    on behalf of Creditor    Cenlar FSB as servicer for CitiMortgage, Inc.  
        mcozzini@sternlav.com  
       Rebecca Ann Solarz    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,  
        SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington  
        Trust Company, as Trustee, successor in interest to rsolarz@kmllawgroup.com  
       Stephanie F. Ritigstein    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 15