|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on August 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |  |
| In Re:<br>Anthony D. Hoffman<br>debtor | Case No.: 17-18517<br>Chapter: 13<br>Hearing Date: 4/7/2020<br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: August 5, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$842.50</u> for services rendered and expenses in the amount of <u>$7.90</u> for a total of <u>$850.40</u> The allowance is payable:

<u>X</u> through the Chapter 13 plan as an administrative priority.

\_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $877 per month starting October 2020 for 10 months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony D. Hoffman  
    Debtor

Case No. 17-18517-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 05, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.  
db          +Anthony D. Hoffman,    329 Hillcrest Lane,    Blackwood, NJ 08012-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
- Anthony Sodono, III   on behalf of Mediator Anthony  Sodono, III asodono@msbnj.com
- Brian   Swope    on behalf of Defendant Anthony D. Hoffman swope@comcast.net
- Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
- Denise E. Carlon    on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Eric   Clayman    on behalf of Defendant Anthony D. Hoffman jenkins.clayman@verizon.net, connor@jenkinsclayman.com
- Eric   Clayman    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net, connor@jenkinsclayman.com
- Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
- Jeffrey E. Jenkins    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net, connor@jenkinsclayman.com
- Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company bkyefile@rasflaw.com
- Maria   Cozzini    on behalf of Creditor    Cenlar FSB as servicer for CitiMortgage, Inc. mcozzini@sternlav.com
- Rebecca Ann Solarz    on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to rsolarz@kmllawgroup.com
- Stephanie F. Ritigstein    on behalf of Debtor Anthony D. Hoffman jenkins.clayman@verizon.net, connor@jenkinsclayman.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                           TOTAL: 15