Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−18517−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony D. Hoffman
   329 Hillcrest Lane
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−6618

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 18, 2018.

On 3/5/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              April 14, 2021
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 8, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-18517-ABA

Anthony D. Hoffman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Mar 08, 2021     Form ID: 185     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony D. Hoffman, 329 Hillcrest Lane, Blackwood, NJ 08012-3745 |
| cr | + | Cenlar FSB as servicer for CitiMortgage, Inc., Stern Lavinthal and Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Earnstine Brown, 76 Arrowhead Drive, Burlington, NJ 08016-3945 |
| app | + | Wendy Kates, 420 Valley Run Drive, Cherry Hill, NJ 08002-2406 |
| 516790126 | + | ABS Design and Construction, c/o Hugh E. Lucariello, Esq., 297 Route 72 West, Suite 35, PMB 195, Manahawkin, NJ 08050-2840 |
| 516850846 | + | American Express, c/o Sklar-Markind, 102 Browning Ln, Cherry Hill, NJ 08003-3195 |
| 516949397 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516850842 | + | Barbara Hoffman, 329 Hillcrest Lane, Blackwood, NJ 08012-3745 |
| 516910856 | + | Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518845332 | #+ | Denise Carlon, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516790129 | + | Earnstine Brown, 78 Arrowhead Lane, Burlington, NJ 08016-3945 |
| 516850845 | + | Engineering Design Assoc. PA, c/o Freeman & Mintz PA, 34 Tanner Street, Haddonfield, NJ 08033-2475 |
| 517435748 | #+ | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516790130 | | Michael and Charlita Brown, Garland Lane, Willingboro, NJ 08046 |
| 516850844 | | National Capital Management, c/o Eisenberg, Rothweiler, Winkler Eise, 1930 Rt 70 E Q-42, Cherry Hill, NJ 08003 |
| 516790131 | + | Nationstar/US Bank National Association, c/o Sandelands Eyet LLP, 1545 US-206 #304, Bedminster, NJ 07921-2560 |
| 516790132 | + | Nationstar/US Bank National Association, c/o KML Law Group P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516790134 | | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 516790133 | + | Petro, c/o Fred D. Garodnick PA, 400 Route 10, Randolph, NJ 07869-2104 |
| 516850843 | + | Sovereign Bank NA, 7 Plymouth Court, Bordentown, NJ 08505-3124 |
| 516962583 | + | U.S. Bank National Association, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 518841534 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518841535 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as Serviced by Select Portfolio Servicing, |
| 516790135 | + | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 516790136 | + | Vincent Bleach, 14 Hackemore Street, Burlington, NJ 08016-3056 |
| 516790137 | + | William Brown, Willie and Chun Brown, 78 Arrowhead Lane, Burlington, NJ 08016-3945 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516790128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 23:07:13 | CitiMortgage, Inc., PO BOX 790005, Saint Louis, MO 63179-0005 |

| | | | | |
|---|---|---|---|---|
| 516915017 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 23:08:58 | CitiMortgage, Inc., PO Box 6030, Sioux Falls, SD 57117-6030 |
| 516950821 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 08 2021 21:40:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 516886665 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2021 21:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516798157 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2021 23:06:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517001551 | + | Email/Text: bncmail@w-legal.com | Mar 08 2021 21:41:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Chun O. Brown, 76 Arrowhead Road, Burlington, NJ 08016-3945 |
| cr | ##+ | William Brown, 76 Arrowhead Dr, Burlington, NJ 08016-3945 |
| cr | ##+ | Willie D. Brown, 76 Arrowhead Road, Burlington, NJ 08016-3945 |
| 516790127 | ## | American Express, PO Box 360001, Fort Lauderdale, FL 33336-0001 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Brian Swope | on behalf of Defendant Anthony D. Hoffman swope@comcast.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 08, 2021 | Form ID: 185 | Total Noticed: 34 |

Eric Clayman
    on behalf of Defendant Anthony D. Hoffman mail@jenkinsclayman.com  connor@jenkinsclayman.com

Eric Clayman
    on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com  connor@jenkinsclayman.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com  connor@jenkinsclayman.com

Kevin M. Buttery
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company
    bkyefile@rasflaw.com

Maria Cozzini
    on behalf of Creditor Cenlar FSB as servicer for CitiMortgage  Inc. mcozzini@sternlav.com

Rebecca Ann Solarz
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-14H, U.S. Bank
    National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to
    rsolarz@kmllawgroup.com

Stephanie F. Ritigstein
    on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com  kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15