Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−18517−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony D. Hoffman
   329 Hillcrest Lane
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−6618

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 26, 2021.

Dated: May 26, 2021
JAN: cmf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-18517-ABA |
| Anthony D. Hoffman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony D. Hoffman, 329 Hillcrest Lane, Blackwood, NJ 08012-3745 |
| cr | + | Cenlar FSB as servicer for CitiMortgage, Inc., Stern Lavinthal and Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Earnstine Brown, 76 Arrowhead Drive, Burlington, NJ 08016-3945 |
| app | + | Wendy Kates, 420 Valley Run Drive, Cherry Hill, NJ 08002-2406 |
| 516790126 | + | ABS Design and Construction, c/o Hugh E. Lucariello, Esq., 297 Route 72 West, Suite 35, PMB 195, Manahawkin, NJ 08050-2840 |
| 516850846 | + | American Express, c/o Sklar-Markind, 102 Browning Ln, Cherry Hill, NJ 08003-3195 |
| 516949397 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516850842 | + | Barbara Hoffman, 329 Hillcrest Lane, Blackwood, NJ 08012-3745 |
| 516910856 | + | Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518845332 | #+ | Denise Carlon, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516790129 | + | Earnstine Brown, 78 Arrowhead Lane, Burlington, NJ 08016-3945 |
| 516850845 | + | Engineering Design Assoc. PA, c/o Freeman & Mintz PA, 34 Tanner Street, Haddonfield, NJ 08033-2475 |
| 517435748 | #+ | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516790130 | | Michael and Charlita Brown, Garland Lane, Willingboro, NJ 08046 |
| 516850844 | | National Capital Management, c/o Eisenberg, Rothweiler, Winkler Eise, 1930 Rt 70 E Q-42, Cherry Hill, NJ 08003 |
| 516790131 | + | Nationstar/US Bank National Association, c/o Sandelands Eyet LLP, 1545 US-206 #304, Bedminster, NJ 07921-2560 |
| 516790132 | + | Nationstar/US Bank National Association, c/o KML Law Group P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516790134 | | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 516790133 | + | Petro, c/o Fred D. Garodnick PA, 400 Route 10, Randolph, NJ 07869-2104 |
| 516850843 | + | Sovereign Bank NA, 7 Plymouth Court, Bordentown, NJ 08505-3124 |
| 516962583 | + | U.S. Bank National Association, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 518841534 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518841535 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as Serviced by Select Portfolio Servicing, |
| 516790135 | + | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 516790136 | + | Vincent Bleach, 14 Hackemore Street, Burlington, NJ 08016-3056 |
| 516790137 | + | William Brown, Willie and Chun Brown, 78 Arrowhead Lane, Burlington, NJ 08016-3945 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516790128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 21:18:10 | CitiMortgage, Inc., PO BOX 790005, Saint Louis, MO 63179-0005 |

Case 17-18517-ABA    Doc 87    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: plncf13 | Total Noticed: 34 |

| 516915017 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|---|---|---|---|
| | | May 26 2021 21:18:09 | CitiMortgage, Inc., PO Box 6030, Sioux Falls, SD 57117-6030 |
| 516950821 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 26 2021 21:26:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 516886665 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 26 2021 21:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516798157 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2021 21:18:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517001551 | + Email/Text: bncmail@w-legal.com | | |
| | | May 26 2021 21:28:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Chun O. Brown, 76 Arrowhead Road, Burlington, NJ 08016-3945 |
| cr | ##+ | William Brown, 76 Arrowhead Dr, Burlington, NJ 08016-3945 |
| cr | ##+ | Willie D. Brown, 76 Arrowhead Road, Burlington, NJ 08016-3945 |
| 516790127 | ## | American Express, PO Box 360001, Fort Lauderdale, FL 33336-0001 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | |
| | on behalf of Mediator Anthony Sodono  III asodono@msbnj.com |
| Brian Swope | |
| | on behalf of Defendant Anthony D. Hoffman swope@comcast.net |
| Denise E. Carlon | |
| | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to |

| | |
|---|---|
| | dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | |
| | on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Eric Clayman | |
| | on behalf of Defendant Anthony D. Hoffman mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | |
| | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | |
| | on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Kevin M. Buttery | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company kbuttery@moodklaw.com |
| Maria Cozzini | |
| | on behalf of Creditor Cenlar FSB as servicer for CitiMortgage  Inc. mcozzini@sternlav.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to rsolarz@kmllawgroup.com |
| Stephanie F. Ritigstein | |
| | on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16