| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Anthony D. Hoffman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6618<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18517–ABA | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Anthony D. Hoffman

<u>1/19/22</u>                                                                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-18517-ABA

Anthony D. Hoffman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Jan 19, 2022     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony D. Hoffman, 329 Hillcrest Lane, Blackwood, NJ 08012-3745 |
| cr | + | Cenlar FSB as servicer for CitiMortgage, Inc., Stern Lavinthal and Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Earnstine Brown, 76 Arrowhead Drive, Burlington, NJ 08016-3945 |
| app | + | Wendy Kates, 420 Valley Run Drive, Cherry Hill, NJ 08002-2406 |
| 516790126 | + | ABS Design and Construction, c/o Hugh E. Lucariello, Esq., 297 Route 72 West, Suite 35, PMB 195, Manahawkin, NJ 08050-2840 |
| 516850846 | + | American Express, c/o Sklar-Markind, 102 Browning Ln, Cherry Hill, NJ 08003-3195 |
| 516850842 | + | Barbara Hoffman, 329 Hillcrest Lane, Blackwood, NJ 08012-3745 |
| 516910856 | + | Cenlar, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516790129 | + | Earnistine Brown, 78 Arrowhead Lane, Burlington, NJ 08016-3945 |
| 516850845 | + | Engineering Design Assoc. PA, c/o Freeman & Mintz PA, 34 Tanner Street, Haddonfield, NJ 08033-2475 |
| 516790130 | | Michael and Charlita Brown, Garland Lane, Willingboro, NJ 08046 |
| 516850844 | | National Capital Management, c/o Eisenberg, Rothweiler, Winkler Eise, 1930 Rt 70 E Q-42, Cherry Hill, NJ 08003 |
| 516790131 | + | Nationstar/US Bank National Association, c/o Sandelands Eyet LLP, 1545 US-206 #304, Bedminster, NJ 07921-2560 |
| 516790132 | + | Nationstar/US Bank National Association, c/o KML Law Group P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516790134 | | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 516790133 | + | Petro, c/o Fred D. Garodnick PA, 400 Route 10, Randolph, NJ 07869-2104 |
| 516850843 | + | Sovereign Bank NA, 7 Plymouth Court, Bordentown, NJ 08505-3124 |
| 516962583 | + | U.S. Bank National Association, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 518841534 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518841535 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as Serviced by Select Portfolio Servicing, |
| 516790136 | + | Vincent Bleach, 14 Hackemore Street, Burlington, NJ 08016-3056 |
| 516790137 | + | William Brown, Willie and Chun Brown, 78 Arrowhead Lane, Burlington, NJ 08016-3945 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516790127 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 20:41:32 | American Express, PO Box 360001, Fort Lauderdale, FL 33336-0001 |
| 516949397 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 20:41:27 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516790128 | + | EDI: CITICORP.COM | Jan 20 2022 01:33:00 | CitiMortgage, Inc., PO BOX 790005, Saint Louis, MO 63179-0005 |
| 516915017 | | EDI: CITICORP.COM | Jan 20 2022 01:33:00 | CitiMortgage, Inc., PO Box 6030, Sioux Falls, SD |

Case 17-18517-ABA   Doc 97   Filed 01/21/22   Entered 01/22/22 00:15:01   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516950821 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 20:38:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 57117-6030 |
| 516886665 | | EDI: Q3G.COM | Jan 20 2022 01:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516798157 | + | EDI: RMSC.COM | Jan 20 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517001551 | + | Email/Text: bncmail@w-legal.com | Jan 19 2022 20:38:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516790135 | + | EDI: USAA.COM | Jan 20 2022 01:33:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Chun O. Brown, 76 Arrowhead Road, Burlington, NJ 08016-3945 |
| cr | ##+ | William Brown, 76 Arrowhead Dr, Burlington, NJ 08016-3945 |
| cr | ##+ | Willie D. Brown, 76 Arrowhead Road, Burlington, NJ 08016-3945 |
| 518845332 | ##+ | Denise Carlon, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517435748 | ##+ | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Brian Swope | on behalf of Defendant Anthony D. Hoffman swope@comcast.net |
| Denise E. Carlon | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 3180W | Total Noticed: 33 |

Denise E. Carlon
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Eric Clayman
    on behalf of Defendant Anthony D. Hoffman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Kevin M. Buttery
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company kbuttery@moodklaw.com

Maria Cozzini
    on behalf of Creditor Cenlar FSB as servicer for CitiMortgage  Inc. mcozzini@sternlav.com

Rebecca Ann Solarz
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-14H, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to rsolarz@kmllawgroup.com

Stephanie F. Ritigstein
    on behalf of Debtor Anthony D. Hoffman mail@jenkinsclayman.com  kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16